IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| RICARDO ROQUE | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv345 |
| PAUL SHRODE, ET AL. | § | |

**ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the Plaintiff's motions for a temporary restraining order or preliminary injunction should be denied.

The Report and Recommendation of the Magistrate Judge on the Plaintiff's motions for a temporary restraining order or preliminary injunction has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Plaintiff's motions for a temporary restraining order or preliminary injunction (docket no.'s 15 and 38) are **DENIED**.

**SIGNED this the 29th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE